UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MIGUEL SURIANO**  **CIVIL ACTION**

**VERSUS**  **NO. 18-9141**

**FRENCH RIVIERA HEALTH SPA, INC.**  **SECTION "S" (2)**

**JUDGMENT**

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, French Riviera Health Spa, Inc., and against plaintiff, Miguel Suriano, dismissing plaintiff's complaint without prejudice.

New Orleans, Louisiana, this  2nd  day  January , 2019.

_____
**MARY ANN VIAL LEMMON**